Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed
November 10, 2005









 

Petition for Writ of Mandamus Dismissed and Memorandum
Opinion filed November 10, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00826-CV

____________

 

IN RE DAWN JOHNSON WHATLEY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On August 15, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  On November 4, 2005, relator
filed an expedited motion to dismiss the petition based on mootness.           Because we agree that this original
proceeding is moot, Wwe grant relator=s motion.  Accordingly, we dismiss relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition
Dismissed and Memorandum Opinion filed November 10, 2005.

Panel consists of
Justices Hudson, Frost, and Seymore.